IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Freeman, Ronald S

Printed: 12/10/08

Case Number: 05 B 33019
Judge: Wedoff, Eugene R
Filed: 8/19/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 5, 2008
Confirmed: October 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,699.49 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 7,434.79 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 549.27 |
| Other Funds: |  | 15.43 |
| Totals: | 10,699.49 | 10,699.49 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Bank | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 396.29 | 368.80 |
| 4. | Capital One | Unsecured | 156.46 | 130.99 |
| 5. | Chase Bank | Unsecured | 689.39 | 641.38 |
| 6. | Fifth Third Bank | Unsecured | 3,413.81 | 3,177.12 |
| 7. | Portfolio Recovery Associates | Unsecured | 585.46 | 544.70 |
| 8. | ECast Settlement Corp | Unsecured | 2,763.38 | 2,571.80 |
| 9. | GMAC Mortgage Corporation | Unsecured | | No Claim Filed |
| 10. | Resurrection Hospital | Unsecured | | No Claim Filed |
| 11. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 12. | St Lukes Hospital | Unsecured | | No Claim Filed |
| 13. | Talcott Anesthesiologists | Unsecured | | No Claim Filed |
| | | | $ 10,704.79 | $ 10,134.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 108.66 |
| 5% | 31.26 |
| 4.8% | 217.15 |
| 5.4% | 192.20 |
| | $ 549.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Freeman, Ronald S | Case Number:  05 B 33019 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/10/08 | Filed:  8/19/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

